**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**KELLY FLANNERY**                                                                      **PLAINTIFF**

**v.**                              **Case No. 3:22-cv-00327-LPR**

**PECO FOODS, INC.**                                                                **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered today, and prior orders in this case, it is CONSIDERED,

ORDERED, and ADJUDGED that judgment is entered in favor of Defendant Peco Foods, Inc. on

all claims in this case.

IT IS SO ADJUDGED this 11th day of June 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE